C. PRITCHARD v. STATE.

No. A-3460.   Opinion Filed September 21, 1918.

(174 Pac. 1182.)

Appeal from County Court, Choctaw County;
W. T. Glenn; Judge.

C. Pritchard was convicted of a violation of the prohibitory law, and he appeals.   Affirmed.

Warren & Warren, for plaintiff in error.

The Attorney General and R. McMillan, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error, C. Pritchard, was convicted on an information charging that he did unlawfully transport certain intoxicating liquors, to wit, alcohol, from a point on Red river, south of Oberlin, to the town of Soper, Choctaw county.   On the 25th day of February, 1918, judgment was rendered, and in accordance with the verdict of the jury he was sentenced to be imprisoned in the county jail for 60 days and to pay a fine of $100 and the costs.   He appeals from the judgment.   The proof on the part of the state is conclusive and was uncontroverted.   An examination of the record discloses that the errors assigned are destitute of merit.   The judgment of the lower court is therefore affirmed.   Mandate forthwith.

---

GEORGE JONES v. STATE.

No. A-3461.   Opinion Filed September 21, 1918.

(174 Pac. 1181.)

Appeal from County Court, Choctaw County;
W. T. Glenn, Judge.

George Jones was convicted of a violation of the prohibitory law, and he appeals.   Affirmed.

Warren & Warren, for plaintiff in error.

The Attorney General and R. McMillan, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error, George Jones, was convicted on an information charging that he did unlawfully transport certain intoxicating liquors from a point unknown in Choctaw county to West Jackson street in Hugo.   On the 20th day of February, 1918, judgment was rendered, and in accordance with the verdict of the jury he was sentenced to be imprisoned in the county jail for 60 days and to pay a fine of $100 and costs.   The proof on the part of the state is undisputed, and is conclusive as to the guilt of the defendant.   A careful examination of the record discloses that the appeal is destitute of merit. The judgment is therefore affirmed.   Mandate forthwith.